UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

-vs-

NICHOLS GAS & OIL, INC., and
TOWNSEND OIL CORPORATION
d/b/a TOWNSEND OIL & PROPANE,

    Defendants.

**NOTICE OF MOTION**

Civil Action No.: 05-CV-6482 (CJS)

---

  **PLEASE TAKE NOTICE**, that upon the attached attorney's declaration of James S. Wolford, Esq., dated July 9, 2008, and the proposed Order attached thereto, and all the pleadings and proceedings heretofore had herein, defendant Townsend Oil Corporation, d/b/a Townsend Oil & Propane (hereinafter "Townsend Oil"), by and through its attorneys, The Wolford Law Firm LLP, will move this Court for an Order, pursuant to Rule 5.4 of the Local Rules of the United State District Court for the Western District of New York: a) sealing all medical and mental health documents of the claimants; b) sealing all documents related to the Townsend Oil or Nichols Gas & Oil's (hereinafter "Nichols Gas") financial records; c) sealing Townsend Oil's Motion to Compel certain medical and mental health records (hereinafter referred to as "Motion to Compel") and any papers with exhibits filed in support of or in opposition to said Motion to Compel; and d) for such other further relief as the Court deems appropriate.

Dated: July 9, 2008

s/ James S. Wolford
James S. Wolford, Esq.
Jennifer L. Nuhfer, Esq.
**THE WOLFORD LAW FIRM LLP**
*Attorneys for Defendant Townsend Oil*
*Corporation, d/b/a Townsend Oil & Propane*
600 Reynolds Arcade Building
16 East Main Street
Rochester, New York 14614
Telephone: (585) 325-8000
e-mail: jwolford@wolfordfirm.com