UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

EQUAL EMPLOYMENT OPPORTUNITY          :
COMMISSION,
                                      :
                                      :      Civil Action No.
                                      :      05-CV-6482 (CJS) (MWP)
                                      :
            Plaintiff,                :
                                      :      *NOTE:UNREDACTED VERSION
v.                                    :      TO BE FILED UNDER SEAL -
                                      :      (REDACTED VERSION
                                      :      FILED ELECTRONICALLY
NICHOLS GAS & OIL, INC. and           :      PURSUANT TO CONF. ORDER)
TOWNSEND OIL CORPORATION              :
d/b/a/ TOWNSEND OIL & PROPANE,        :
                                      :
            Defendants                :
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Sunu P. Chandy, hereby certify and affirm that on the 13th day of August, 2009
I have caused to be sent unredacted versions of Plaintiff EEOC's submission in Opposition to
Townsend Oil Corporation, d/b/a, Townsend Oil & Propane's Motion for Summary Judgment
And In Support Of Plaintiff EEOC's Cross-Motion For Partial Summary Judgment by overnight
mail to the Clerk of the United States District Court for the Western District of New York for
filing under seal, and a second copy to Judge Siragusa. EEOC's submission includes EEOC's
Memorandum of Law, EEOC's Rule 56.1 Response to Townsend's Facts/EEOC's Supplemental
Facts, the Chandy Declaration and accompanying Exhibits A through H. I have also provided
unredacted copies of these documents and exhibits by first class mail to opposing counsel.

I, Sunu P. Chandy, also hereby certify and affirm that on the 13th day of August, 2009 I
electronically filed redacted versions of Plaintiff EEOC's submission and on the 14th day of
August, 2009, I electronically filed EEOC's *Notice* of Cross Motion for Partial Summary
Judgment.  This electronic filing would notify counsel for Defendants, who are CM/ECF
participants, of the filings.

_____
Sunu P. Chandy
Senior Trial Attorney
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
New York District Office
33 Whitehall Street, 5th Floor
New York, New York 10004
Telephone No: 212-336-3706
Facsimile No.: 212-336-3623
E-mail Address: sunu.chandy@eeoc.gov